**UNITED STATES DISTRICT COURT**

**DISTRICT OF KANSAS**

ABIGAIL CORTEZ, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

IMA DILIGENCE SERVICES LLC AND IMA FINANCIAL GOUP, INC.,

Defendant.

**Case No. 2:26-cv-02329-HLT-JBW**

**NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Representative Plaintiff Abigail Cortez hereby gives notice that the above-captioned case is voluntarily dismissed without prejudice.

Dated: July 14, 2026

By: */s/ Laura Van Note*

Laura Van Note, Esq. (KS S.B. #26687)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: lvn@colevannote.com

*Attorney for Representative Plaintiff and the Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2026, I caused the foregoing document to be filed with the Clerk of this Court via the Court's CM/ECF system, which will cause a true and correct copy to be served electronically on all counsel of record.

*/s/ Laura Van Note*
Laura Van Note, Esq.